# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>**JON STOLPE** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:    **CR 08-4060-20-LRR**<br>USM Number:    **03795-029**<br><br>**Jonathon B. Hammond**<br>Defendant's Attorney |

**THE DEFENDANT:**

■   admitted guilt to violation(s)    **1a-b, 2, 3, 4a-c, and 5**    of the term of supervision.

☐   was found in violation of         after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| **1a-b, 4a-c** | **Failure to Comply with Substance Abuse Testing** | **December 4, 2014** |
| **2** | **Use of a Controlled Substance** | **November 6, 2014** |
| **3** | **Failure to Truthfully Answer Inquiries** | **November 21, 2014** |
| **5** | **Failure to Follow USPO Instructions** | **December 18, 2014** |

     The defendant is sentenced as provided in pages 2 through   **3**   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant was not found in violation of        and is discharged as to such violation(s).

☐   The Court did not make a finding regarding violation(s)        .

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**January 7, 2015**
Date of Imposition of Judgment

*/s/ Linda R. Reade*
Signature of Judge

**Linda R. Reade, Chief U.S. District Judge**
Name and Title of Judge

January 7, 2015
Date

DEFENDANT: **JON STOLPE**
CASE NUMBER: **CR 08-4060-20-LRR**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **5 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **JON STOLPE**
CASE NUMBER: **CR 08-4060-20-LRR**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **<u>No Term of Supervised Release shall be reimposed</u>.**